IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>  )<br>  Plaintiff,  )<br>  )<br>vs.  )<br>  )<br>ADAM SOMMER,  )<br>  )<br>  Defendant.  ) | CASE NO. 8:04CR206<br><br>ORDER |

This matter is before the Court on the Unopposed Motion for Continuance of Sentencing Schedule filed by the Defendant, Adam Sommer (Filing No. 351).

For good cause shown, the Motion shall be granted.

IT IS ORDERED:

1.  The Unopposed Motion for Continuance of Sentencing Schedule filed by the Defendant, Adam Sommer (Filing No. 351) is granted;

2.  Sentencing is rescheduled before District Judge Laurie Smith Camp on the **13th day of October, 2005,** at the hour of **2:30 p.m.** in Courtroom No. 2, Third Floor, Roman L. Hruska Courthouse, 111 S. 18th Plaza, Omaha, Nebraska.

Dated this 6th day of September, 2005.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge